EDWARD H. KUBO, JR. # 2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON # 4532
Assistant U.S. Attorney
Violent Crime Chief

MARSHALL SILVERBERG # 5111
Assistant U.S. Attorney
Room 6100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 1 6 2003

at 3 o'clock and __ min __ M.
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NO. CR03 508 HG |
| --- | --- | --- |
| Plaintiff, | ) | INDICTMENT |
| vs. | ) | Count 1: 21 U.S.C. § 841(a)(1) |
| MICHAEL AMANTIAD, | ) | Count 2: 21 U.S.C. §§ 841(a)(1), 841(b)(1)(B)(vii) |
| Defendant. | ) | Count 3: 18 U.S.C. § 924(c)(1) |
|  | ) | Count 4: 18 U.S.C. §§ 922(g)(3), 924(a)(2) |
|  | ) | Count 5: 18 U.S.C. §§ 922(g)(9), 924(a)(2) |

**INDICTMENT**

## COUNT 1
(21 U.S.C. § 841(a)(1))

The Grand Jury charges that:

On or about September 26, 2003, in the District of Hawaii, the defendant MICHAEL AMANTIAD did knowingly and intentionally distribute methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT 2
(21 U.S.C. §§ 841(a)(1) & 841(b)(1)(B)(vii))

The Grand Jury further charges that:

On or about September 30, 2003, in the District of Hawaii, the defendant MICHAEL AMANTIAD did knowingly and intentionally possess with intent to distribute in excess of five grams of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(B)(vii).

## COUNT 3
(18 U.S.C. § 924(c)(1))

The Grand Jury further charges that:

On or about September 30, 2003, in the District of Hawaii, the defendant MICHAEL AMANTIAD did knowingly and intentionally carry a firearm, to wit, a .22 caliber derringer pistol, made by Butler Associates, bearing serial number B31969, during and in relation to a drug trafficking crime, that is, the drug trafficking crime charged in Count 2 of this Indictment, which is realleged and incorporated by reference herein.

All in violation of Title 18, United States Code, Sections 924(c)(1).

## COUNT 4
(18 U.S.C. §§ 922(g)(3) & 924(a)(2))

The Grand Jury further charges that:

On or about September 30, 2003, in the District of Hawaii, the defendant MICHAEL AMANTIAD, then being an unlawful user of a controlled substance as defined in Title 21, United States Code, Section 802, did knowingly possess in and affecting commerce a firearm, to wit, a .22 caliber derringer pistol, bearing serial number B31969, manufactured by Butler Associates in the State of Connecticut.

All in violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2).

## COUNT 5
(18 U.S.C. §§ 922(g)(9) & 924(a)(2))

The Grand Jury further charges that:

On or about September 30, 2003, in the District of Hawaii, the defendant MICHAEL AMANTIAD, having previously been convicted of a misdemeanor crime of domestic violence, did knowingly possess in and affecting commerce a firearm, to wit, a .22 caliber derringer pistol, bearing serial number B31969, manufactured by Butler Associates in the State of Connecticut.

All in violation of Title 18, United States Code, Sections 922(g)(9) and 924(a)(2).

DATED: October 16, 2003, at Honolulu, Hawaii.

A TRUE BILL

/s/

_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

RONALD G. JOHNSON
Assistant U.S. Attorney

MARSHALL H. SILVERBERG
Assistant U.S. Attorney

UNITED STATES v. MICHAEL AMANTIAD,
Cr. No.       (Indictment)

4